UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Dekesa Lachon Alston**,

Soc. Sec. No. xxx-xx-4340
Mailing Address: 1523 Lantern PLace, Durham, NC 27707-
                      Debtor.

Case No.: 25-80283

Chapter 13

## AFFIDAVIT REGARDING SERVICE OF PLAN

I, Charlene Ennemoser, certify that on 11/24/25, a copy of the **Chapter 13 Plan** was served on each of the creditors listed in subsections 4.1(d), 4.2(d) or 4.3(e) of the Chapter 13 Plan, as follows:

By regular, **first class United States mail**, postage fully pre-paid, upon the following creditors:

Non-FDIC corporate, partnership and doing-business-as creditors (addresses verified on the NC Secretary of State website) served:

Bridgecrest Acceptance Corporation
c/o Corporation Service Company
Attn: Officer
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

and by regular, **first class United States mail**, postage fully pre-paid, upon the following parties:

All other creditors listed on the attached mailing matrix. (updated to include the mailing address listed on any and every proof of claim already filed in this case)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 11/24/25

                                            /s Charlene Ennemoser
                                            Charlene Ennemoser

| | | |
|---|---|---|
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Internal Revenue Service (MD)**<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| US Attorney's Office  (MD)**<br>101 S. Edgeworth Street, 4th floor<br>Greensboro, NC 27401 | U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | North Carolina Dept. of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Aaron's * Registered Agent<br>c/o Corporation Service Company<br>ATTN: Officer<br>2626 Glenwood Ave Ste 550<br>Raleigh, NC 27608 | Afterpay<br>760 Market Street Fl 2 Phelan Bldg<br>San Francisco, CA 94102 | Avant / Webbank<br>222 Merchandise Mart Plz<br>Suite 900<br>Chicago, IL 60654 |
| Bridgecrest Credit Company, LLC<br>Attn: Officer<br>1720 W Rio Salado Parkway<br>Tempe, AZ 85281 | Brigit Payday Loan<br>838 6th Ave<br>New York, NY 10001 | CCB/Bridge It Inc.<br>36 W  20th Street Fl 11<br>New York, NY 10011 |
| Charter Communications<br>AKA Spectrum<br>400 Atlantic Street, 10th Floor<br>Stamford, CT 06901 | Chrysler Capital***<br>Attn: Officer/Bankruptcy Dept.<br>Post Office Box 961278<br>Fort Worth, TX 76161-1278 | Cleo<br>594 Broadway<br>New York, NY 10012 |
| Credit Genie<br>625 W Ridge Pike Bldg D Ste 105<br>Conshohocken, PA 19428 | Credit One Bank, N.A. ****<br>Post Office Box 98873<br>Las Vegas, NV 89193-8873 | Dave Payday Loan<br>1265 South Cochran Avenue<br>Los Angeles, CA 90019 |
| Denise Parker<br>431 Lakeview Drive<br>Kissimmee, FL 34759 | Department of Education/Nelnet<br>121 South 13 Street<br>Lincoln, NE 68508 | Durham County Tax Collector<br>P.O.Box 3397<br>Durham, NC 27702 |
| Fay Servicing, LLC<br>Attn: Officer<br>1601 LBJ Freeway, Suite 150-400-500<br>Farmers Branch, TX 75234 | Goddard and Peterson, PLLC<br>125- B Williamsboro Street<br>Oxford, NC 27565 | Indigo - Celtic Bank<br>PO BOX 4499<br>Beaverton, OR 97076 |
| Keith Austin<br>431 Lakeview Drive<br>Kissimmee, FL 34759 | Kenisha Alston<br>300 Mahone Street<br>Durham, NC 27713 | Klarna Inc.*<br>Attn: Klarna Credit<br>Post Office Box 8116<br>Columbus, OH 43201 |

Klover App
57 West Grand Avenue
Suite 500
Chicago, IL 60035

LVNV Funding/Resurgent Capital
Post Office Box 1269
Greenville, SC 29602

MID AMERICA APTS LP
AKA: COLONIAL VILLAGE AT
DEERFIELD
[ Duke Forest Apartments]
910 Constitution Drive
Durham, NC 27704

ML Enterprise Inc.
Attn: Officer
245 W 17th St Fl 4
New York, NY 10011

National General Insurance
Post Office Box 3199
Winston Salem, NC 27102-3199

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Portfolio Recovery Associates, LLC*
Disputes Department
140 Corporate Boulevard
Norfolk, VA 23502

Synchrony Bank
Post Office Box 965061
Orlando, FL 32896-5061

True Finance
4400 NE 77th Ave,
Vancouver, WA 98662

Verizon Wireless - Bankruptcy***
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

Zip Co US Inc.,
228 Park Ave S PMB 59872
New York, NY 10003